UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS CARTER, III,
INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED

VERSUS                                          CIVIL ACTION

MCCLENNY, MOSELEY &                             NO. 23-949
ASSOCIATES, PLLC; JAMES
MCCLENNY; JOHN ZACHARY                          SECTION: "J"(2)
MOSELEY; H. WILLIAM HUYE;
TORT NETWORK, LLC; and APEX
ROOFING AND RESTORATION,
LLC

## ORDER

Considering the foregoing Ex Parte *Motion to Withdraw as Counsel* **(Rec. Doc. 35),**

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the law firm of Stanley Reuter Thonton Alford LLC, Richard C. Stanley, Eva J. Dossier, John P. D'Avello, and Brandon A. Naquin are withdrawn as counsel of record for Defendant R. William Huye, III.

**IT IS FURTHER ORDERED** that, if R. William Huye, III intends to enroll new counsel, he shall do so within thirty days of this order.

New Orleans, Louisiana, this 1st day of June, 2023.

_____

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**CLERK OF COURT:**
**Please serve this order to R. William Huye, III at:**
**601 Sixth Street**
**New Orleans, LA 70115**