# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS CARTER, III, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>　　　　　Plaintiff<br>v.<br><br>MCCLENNY, MOSELEY & ASSOCIATES, PLLC; JAMES MCCLENNY; JOHN ZACHARY MOSELEY; H. WILLIAM HUYE; TORT NETWORK, LLC; AND APEX ROOFING AND RESTORATION, LLC<br>　　　　　Defendants | CASE NO. 2:23-cv-00949-CJB-DPC<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE DONNA PHILLIPS CURRAULT |

## ORDER

Considering the foregoing *Motion for Voluntary Dismissal Without Prejudice* (**Rec. Doc. 49**) and that no objections by Defendants have been filed,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that this matter be **DISMISSED without prejudice**, with each party to bear its own costs.

**IT IS FUTHER ORDERED** that the Clerk of Court terminate all pending motions.

New Orleans, Louisiana 26th day of September, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE